[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-13815
Non-Argument Calendar
_____

D.C. Docket No. 8:13-cr-00338-SDM-MAP-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PATRICIA M. SYLING,
a.k.a. Patricia Cleary Syling,
a.k.a. Patricia Clearysyling,
a.k.a. Patricia Cleary-Dunne,
a.k.a. Patricia Dunne,
a.k.a. Patricia Dunn,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(April 7, 2015)

Before HULL, MARTIN and ROSENBAUM, Circuit Judges.

PER CURIAM:

Meghan Ann Collins, appointed counsel for Patricia Syling, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S. Ct. 1396 (1967).   Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Syling's conviction and sentence are **AFFIRMED**.